AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Apr 16 - 2026**

John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **SEAN PHILLIPS,** | ) | Case No.   1:26-mj- 82   (PJE) |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of April 16, 2025, in the county of Saratoga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession of a controlled substance with intent to distribute |

This criminal complaint is based on these facts:
See affidavit

☐     Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Richard Arpei
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   April 16, 2026
_____

_____
*Judge's signature*

City and State:     Albany, NY

U.S. Magistrate Judge Paul J. Evangelista
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Richard Arpei, depose and state as follows:

1.      I am an Investigator with the Saratoga Springs Police Department (SSPD) and have been  employed as a police officer since 2002.  I have been assigned to the SSPD Special Investigations Unit since March 2009, primarily responsible for conducting drug-related investigations within the jurisdiction of the City of Saratoga Springs.  In January 2012, I was assigned to the Drug Enforcement Administration (DEA) Capital District Drug Enforcement Task Force and deputized as a federal Task Force Officer.  In that capacity, I am assigned to the DEA New York Field Division, Albany District Office.  As a DEA Task Force Officer, I am authorized to seek and arrest federal arrest warrants for Title 18 criminal offenses, including the offense described in this affidavit.

2.      I have participated in many investigations involving drugs to include marijuana, hashish, cocaine, heroin, fentanyl, psilocybin, lysergic acid diethyl, anabolic steroids, bath salts, synthetic marijuana, ecstasy (MDMA), crystal methamphetamine and prescription medications, and involving violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.  This includes my work as an undercover police officer and acting as a back-up team member during undercover drug investigations; conducting surveillance of drug dealers; debriefing confidential sources and other cooperating individuals who have knowledge pertinent to drug investigations; discussions with other police officers regarding intelligence about drug activity; and reviewing information provided through law enforcement channels.

3.      The statements contained in this affidavit are based upon my investigation and the investigation of other law enforcement officials, and on my experience and training as a DEA Task Force Officer.  Any statements described herein reflect the sum and substance of what was

said.  As this affidavit is submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that Sean Phillips has violated 18 U.S.C. § 841(a)(1) and (b)(1)(C).

4.    In or around November 2025, the DEA received an online tip that several drug traffickers located in Saratoga Springs and Ballston Spa in Saratoga County, NY, were distributing crystal methamphetamine and counterfeit pharmaceutical pills containing fentanyl.  The tipsters also said that Sean Phillips was receiving dark web packages using cryptocurrency at that address at 64 Hickock Road in Greenfield Center, Saratoga County.

5.    Between about February and April 2026, the DEA conducted an investigation into Phillips and confirmed that Phillips was purchasing suspected controlled substances from the dark web and having them delivered to 64 Hickock Road, where he resided with his grandparents.  The DEA also confirmed that Phillips was selling, or attempting to sell, suspected controlled substances.

6.    On April 15, 2026, the DEA obtained a search warrant to search the person of Phillips and the premises at 64 Hickock Road to seize evidence of potential violations of 21 U.S.C. § 841(a)(1), possession of a controlled substance with intent to distribute.

7.    On April 16, 2026, about 10 a.m., the DEA executed the search warrant.  The DEA found around 400 yellow pills, which Phillips informed officers was bromazolam, a Schedule I controlled substance.  The DEA also found a small quantity of suspected crystal meth.

2

8.     Based on the foregoing, I submit that probable cause exists to believe that Phillips has violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), possession of a controlled substance with intent to distribute.  I respectfully request that a criminal complaint be issued.

Richard Arpei
Task Force Officer
Drug Enforcement Administration

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that on April 16, 2026, this affidavit was attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge

3